1
2
3
4
5
6
7
8                    **IN THE UNITED STATES DISTRICT COURT**
9                    **FOR THE EASTERN DISTRICT OF CALIFORNIA**
10
11  | DANIEL RUIZ,                | No. 2:22-CV-0853-TLN-DMC-P        |
12  | Plaintiff,                  |                                   |
13  | v.                          | FINDINGS AND RECOMMENDATIONS      |
14  | ELIZABETH GONZALEZ, et al., |                                   |
15  | Defendants.                 |                                   |
16
17
         Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to
18
42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion, ECF No. 2, for leave to
19
proceed in forma pauperis.
20
         The Court finds that Plaintiff has not made the showing of indigency required by
21
28 U.S.C. § 1915(a).  Specifically, a review of Plaintiff's prison trust account statement reflects
22
that, as of May 19, 2022, Plaintiff had $1,395.73 in available funds, which is an amount sufficient
23
to pre-pay the filing fees for this action.
24
/ / /
25
/ / /
26
/ / /
27
/ / /
28
                                              1

Based on the foregoing, the undersigned recommends that Plaintiff's motion, ECF No. 2, for leave to proceed in forma pauperis be denied and that this action be dismissed without prejudice to refiling upon pre-payments of the filing fees therefor.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within 14 days after being served with these findings and recommendations, any party may file written objections with the court. Responses to objections shall be filed within 14 days after service of objections. Failure to file objections within the specified time may waive the right to appeal. See <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: June 3, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2