UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL RUIZ,<br><br>          Plaintiff,<br><br>     v.<br><br>ELIZABETH GONZALEZ, et al.,<br><br>          Defendants. | No.  2:22-cv-00853-TLN-DMC<br><br>**ORDER** |

Plaintiff, a prisoner proceeding *pro se*, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to the Local Rules.

On June 6, 2022, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein.  (ECF No. 6.)  No objections to the findings and recommendations have been filed.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the magistrate judge's analysis.

///

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed June 6, 2022 (ECF No. 6) are ADOPTED in full;

2. Plaintiff's Motion for Leave to Proceed in Forma Pauperis (ECF No. 2) is DENIED and this action is DISMISSED without prejudice to refiling upon pre-payments of the filing fees; and

3. The Clerk of the Court is directed to enter judgment and close this file.

**DATED: October 14, 2022**

Troy L. Nunley
United States District Judge